THOMAS WOODS, Respondent, *v.* ALVIN BELDEN et al., Appellants.

*Woods* v. *Belden*, 48 App. Div. 634, affirmed.
(Argued April 30, 1901; decided May 14, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

February 17, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Elisha B. Powell* for appellants.

*D. P. Morehouse* and *E. H. Foley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.